JET/JSK: Jan. 2020
GJ# 15

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| CHRISTOPHER DESHAN RUMPH | ) |

## INDICTMENT

**COUNT ONE:** [18 U.S.C. §§ 2261A(2)(B), 2261(b)(5)]

The Grand Jury charges that:

From on or about June 16, 2019, until on or about October 21, 2019, within the Northern District of Alabama, and elsewhere, the defendant,

**CHRISTOPHER DESHAN RUMPH**,

with the intent to harass and intimidate another person, known to the Grand Jury, did use the mail, an electronic communication service, an electronic communication system of interstate commerce, and a facility of interstate commerce to engage in a course of conduct that caused, and would be reasonably expected to cause, substantial emotional distress to such person, in violation of Title 18, United States Code, Section 2261A(2)(B).

1

**COUNT TWO:** **[18 U.S.C. § 844(e)]**

The Grand Jury charges that:

On or about August 14, 2019, in Morgan County, within the Northern District of Alabama, and elsewhere, the defendant,

**CHRISTOPHER DESHAN RUMPH**,

did, through the use of the telephone, an instrument of interstate commerce, willfully make a threat and maliciously convey false information knowing the same to be false, concerning an alleged attempt being made unlawfully to damage and destroy a building and real property by means of a fire and explosive, to wit: Austin High School, Decatur, Alabama, in and affecting interstate commerce, all in violation of Title 18, United States Code, Section 844(e).

**COUNT THREE:** **[18 U.S.C. § 1512(b)(1)]**

The Grand Jury charges that:

From in and around September 2019, more specific dates being unknown to the Grand Jury, to on or about October 21, 2019, in Morgan County, within the Northern District of Alabama, the defendant,

**CHRISTOPHER DESHAN RUMPH**,

did knowingly intimidate, threaten, and corruptly persuade a person, known to the Grand Jury, and did attempt to do so, to wit: a series of letters mailed from the

Morgan County Jail, with the intent to influence said person's testimony in an official proceeding, to wit: a Federal Grand Jury investigation and a Federal criminal prosecution of **CHRISTOPHER DESHAN RUMPH**, in violation of Title 18, United States Code, Section 1512(b)(1).

## COUNT FOUR: [18 U.S.C. § 876(c)]

The Grand Jury charges that:

On or about September 13, 2019, in Morgan County, within the Northern District of Alabama, the defendant,

**CHRISTOPHER DESHAN RUMPH**,

did knowingly deposit and cause to be delivered by the Postal Service according to the direction thereon, a communication, addressed to another person known to the Grand Jury and containing a true threat to injure the person of the addressee, in violation of Title 18, United States Code, Section 876(c).

## COUNT FIVE: [18 U.S.C. § 876(c)]

The Grand Jury charges that:

On or about September 16, 2019, in Morgan County, within the Northern District of Alabama, the defendant,

**CHRISTOPHER DESHAN RUMPH**,

did knowingly deposit and cause to be delivered by the Postal Service according to the direction thereon, a communication, addressed to another person known to the Grand Jury and containing a true threat to injure the person of the addressee and another, in violation of Title 18, United States Code, Section 876(c).

**COUNT SIX: [18 U.S.C. § 876(c)]**

The Grand Jury charges that:

On or about September 17, 2019, in Morgan County, within the Northern District of Alabama, the defendant,

**CHRISTOPHER DESHAN RUMPH**,

did knowingly deposit and cause to be delivered by the Postal Service according to the direction thereon, a communication, addressed to another person known to the Grand Jury and containing a true threat to injure the person of another known to the Grand Jury, in violation of Title 18, United States Code, Section 876(c).

**COUNT SEVEN: [18 U.S.C. § 876(c)]**

The Grand Jury charges that:

On or about September 19, 2019, in Morgan County, within the Northern District of Alabama, the defendant,

**CHRISTOPHER DESHAN RUMPH**,

did knowingly deposit and cause to be delivered by the Postal Service according to the direction thereon, a communication, addressed to another person known to the Grand Jury and containing a true threat to injure the person of the addressee and another, in violation of Title 18, United States Code, Section 876(c).

A TRUE BILL


*/s/ Electronic Signature*
FOREPERSON OF THE GRAND JURY


                                            JAY E. TOWN
                                            United States Attorney


                                            */s/ Electronic Signature*
                                            JONATHAN S. KEIM
                                            Assistant United States Attorney